1  Milord A. Keshishian (SBN 197835)
   milord@milordlaw.com
2  **MILORD LAW GROUP P.C.**
   333 South Hope Street, Suite 4025
3  Los Angeles, California 90071
   Tel: (310) 226-7878
4  Fax: (310) 226-7879

5  Attorneys for Plaintiff
   CNC SOFTWARE, LLC
6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| CNC SOFTWARE, LLC; | CASE NO.: 8:22-cv-00089-JLS |
| | *Honorable Josephine L. Staton* |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| NVO MACHINING, LLC, BAO NGUYEN, A&C MACHINING, INC., HARRY PHAM, AND DOES 1-10, | |
| Defendants. | |

-1-
**NOTICE OF SETTLEMENT**

1  NOTICE IS HEREBY GIVEN PURSUANT TO L.R. 16-15.7 that Plaintiff CNC
2  SOFTWARE, INC. ("CNC") and remaining Defendants NVO MACHINING, LLC,
3  A&C MACHINING, INC., AND HARRY PHAM ("Defendants") have reached a
4  settlement as to CNC's claims.

CNC and the Defendants anticipate submitting the appropriate request for dismissal and proposed order no later than May 27, 2024.

WHEREFORE, the parties respectfully request fourteen (14) days within which to file the dismissal and that all pending deadlines, hearings, and trial dates be vacated.

Dated: May 13, 2024                    Respectfully submitted,

                                          **MILORD LAW GROUP, P.C.**
                                        /s/ Milord A. Keshishian
                                        Milord A. Keshishian
                                        Attorneys for Plaintiff
                                        CNC SOFTWARE, INC.

MILORD LAW GROUP, PC
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 333 S. Hope St., Ste. 4025, Los Angeles, CA 90071 and I am employed in the office of a member of the bar of this Court at whose direction this service was made on **May 13, 2024**, I served the following document(s):
**NOTICE OF SETTLEMENT**

[X] **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Los Angeles, California addressed as set forth below.

[ ] **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) at the address set forth below by PacTrack Messenger Service.

[ ] **BY FEDERAL EXPRESS** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

[ ] **BY FACSIMILE TRANSMISSION** as follows: I caused the above-referenced document(s) to be transmitted by facsimile to its intended recipient(s) at the following facsimile number(s) before 5:00 p.m.

[X] **BY ELECTRONIC MAIL (EMAIL) TRANSMISSION** as follows: I caused the above-referenced document(s), in .pdf format, to be transmitted by email pursuant to its intended recipient(s) at the following email addresses set forth below: **See Attachment A**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 13, 2024**, at Los Angeles, California.

[ ] **STATE:** I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

[X] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

*C. Meagan Ekaphan*
C. Meagan Ekaphan

# ATTACHMENT A
### Service List
### Case No.: 8:22-cv-00089-JLS

| | |
|---|---|
| A&C Machining, Inc.<br>c/o Harry Pham, Registered Agent<br>17671 Metzler Ln, A-1,<br>Huntington Beach, CA 9267 | Defendant |
| NVO Machining, LLC<br>c/o Harry Pham, Registered Agent<br>17671 Metzler Ln, A-1,<br>Huntington Beach, CA 9267 | Defendant |
| Harry Pham<br>17671 Metzler Ln, A-1, Huntington Beach, CA 92647<br>hpham@ancmachining.com | Defendant |